JUDGE FAILLA

26 CV 07104

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATHANIEL MARC GORDON HARRIS,

Plaintiff,

-against-

U.S. CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

Defendants.

Civil Action No. ______________

NOTICE OF MOTION TO FILE UNDER SEAL

RECEIVED
SDNY PRO SE OFFICE
2026 AUG 20 PM 1:15

MEMO ENDORSED

**NOTICE OF MOTION TO FILE UNDER SEAL**

PLEASE TAKE NOTICE that Plaintiff Nathaniel Marc Gordon Harris, appearing pro se, respectfully moves this Court, pursuant to its inherent supervisory authority over its own records and files and Rule 5.2(d) of the Federal Rules of Civil Procedure, for an order permitting the following two documents to be filed under seal, accessible to the Court and to counsel for Defendants only:

(1) the Declaration of C.S.R., submitted in support of the Complaint; and

(2) Exhibit H to the Complaint, a contemporaneous United Kingdom news report concerning the events described in that declaration.

This motion is supported by the accompanying Memorandum of Law and the Declaration of Nathaniel Marc Gordon Harris. A proposed order is submitted herewith. The two documents at issue are submitted for filing under seal in a sealed envelope marked with the caption of this action and the legend "FILED UNDER SEAL — SUBJECT TO PENDING MOTION." Plaintiff

submits them contemporaneously with this motion so that the Court may review them in camera in deciding it. If the Court or the Clerk prefers that they instead be delivered only upon entry of a sealing order, Plaintiff will do so promptly upon direction and asks that they be treated as lodged provisionally in the meantime.

Plaintiff has narrowly limited this request. The Complaint itself is filed publicly, as is every other exhibit to it. Plaintiff seeks sealing only as to the two documents that contain the private family and medical history of a non-party. Several exhibits filed publicly have been redacted in part — Exhibit L for the same privacy reason and, together with Exhibits A, F and G, to remove personal identifiers under Fed. R. Civ. P. 5.2.

Dated: New York, New York
August 20, 2026

Respectfully submitted,

/s/ Nathaniel Marc Gordon Harris

Nathaniel Marc Gordon Harris
*Plaintiff, Pro Se*
215 W. 90th Street, Apt. 11A
New York, NY 10024
nmgharris@gmail.com
(914) 620-2402

The Court is in receipt of Plaintiff's request to file under seal (i) the Declaration of C.S.R. submitted in support of the Complaint, and (ii) Exhibit H to the Complaint. The application is GRANTED.

The Clerk of Court is directed to file the two aforementioned documents under seal, viewable only to the parties and the Court. Further, the Clerk of Court is directed to terminate the pending motion at docket entry 4.

Dated: August 25, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE